**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY O. RODRIGUES,<br><br>        Petitioner,<br><br>    v.<br><br>D. K. JOHNSON,<br><br>        Respondent. | Case No. 1:13-cv-01322-BAM-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE OPPOSITION OR NOTICE OF NON-OPPOSITION TO PETITIONER'S MOTIONS FOR BAIL OR RELEASE ON RECOGNIZANCE AND FOR DISCOVERY (DOC. 1, pp. 128-33, 134-140) CONCURRENTLY WITH THE RESPONSE TO THE PETITION<br><br>ORDER PERMITTING PETITIONER TO FILE A REPLY TO ANY OPPOSITION TO HIS MOTIONS NO LATER THAN THIRTY (30) DAYS AFTER SERVICE |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on September 4, 2013, and on behalf of Respondent on September 23, 2013.  On August 23, 2013, the Court directed Respondent to file a response to the petition.  However, the order to file a response did

1

not advert to Petitioner's motions for release on bail or recognizance and for discovery, which are contained in the petition.

Accordingly, it is ORDERED that:

1) Respondent's opposition or notice of non-opposition to Petitioner's motions shall be FILED no later than the deadline for the filing the response to the petition; and

2) Petitioner may file a reply to any opposition no later than thirty (30) days after the date of service.

IT IS SO ORDERED.

Dated:   **October 7, 2013**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE