**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY O. RODRIGUES,<br><br>            Petitioner,<br><br>     v.<br><br>D. K. JOHNSON,<br><br>            Respondent. | Case No. 1:13-cv-01322-BAM-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS IN SUPPORT OF THE REPLY NO LATER THAN TWENTY (20) DAYS AFTER THE DATE OF SERVICE OF THIS ORDER |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on September 4, 2013, and on behalf of Respondent on September 23, 2013.

    On January 27, 2014, Respondent filed a reply to Petitioner's opposition to Respondent's motion to dismiss.  In the reply,

1

Respondent refers to lodged documents that appear to be transcripts but which have not been lodged with the Court.[1]  (See, e.g., doc. 26 at p. 7:26; p. 8:11.)

Respondent shall LODGE with the Court no later than twenty (20) days after the date of service of this order all the documents referred to in the reply that was filed by Respondent on January 27, 2014.

IT IS SO ORDERED.

Dated:   **February 18, 2014**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Documents 1 through 11 were lodged on or about October 25, 2013, in connection with the motion to dismiss.  However, no documents were lodged in connection with the reply.

2